UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-152-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| YACOTUS ODUM, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Count Three of the First Superseding Bill of Indictment in this case. (Doc. No. 72).

The Government's Motion to Dismiss is **GRANTED**, and Count Three is **DISMISSED**.

**IT IS SO ORDERED**.

Signed: September 26, 2023

Max O. Cogburn Jr.
United States District Judge

-1-